SCHULTZ v. SCHULTZ

No. 386P92

Case below: 107 N.C.App. 366

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

STATE v. BRYANT

No. 400P92

Case below: 107 N.C.App. 762

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

STATE v. DAVIS

No. 304P92

Case below: 106 N.C.App. 596

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.

STATE v. HUNTER

No. 381P92

Case below: 107 N.C.App. 402

Petition by defendant (Clarence J. Hunter) for writ of certiorari to the North Carolina Court of Appeals denied 11 February 1993.

STATE v. RICHARDSON

No. 424P92

Case below: 108 N.C.App. 105

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 11 February 1993.